# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cv-64-RJC

| | |
|---|---|
| ROBERT MICHAEL LONG, JR., *also known as* DARRELL HOLLAND, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) **ORDER** |
| RODNEY MOORE, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** comes before the Court on Plaintiff's Motion/Declaration for Entry of Default, (Doc. No. 5), and Amended Motion for Default Judgment, (Doc. No. 7).

In support of his Motions, Plaintiff alleges that the named Defendants were served by the U.S. Marshal with a copy of the summons and the Complaint on February 8, 2012, and that more than 20 days have elapsed since then. The docket report, however, does not indicate that the U.S. Marshal has ever served the named Defendants in this case. The Court will, therefore, order service upon the named Defendants by the U.S. Marshal at this time.

**IT IS THEREFORE** ordered that:

1. Plaintiff's Motions for Entry of Default and Default Judgment, (Doc. Nos. 5; 7), are both **DENIED without prejudice**.

2. Plaintiff has identified seven (7) potential Defendants in the pro se Complaint. The Clerk is directed to mail seven (7) summons forms to Plaintiff for Plaintiff to fill out and identify the named Defendants in the summonses for service of process, and then return the summonses to the Court. Plaintiff is required to provide the necessary information for the U.S. Marshal to effectuate service.

That is, in filling out each summons form, Plaintiff must attempt to identify the name of each Defendant, the position and place of employment for each Defendant, as well as each Defendant's address, to the best of Plaintiff's ability. Once the Court receives the summonses from Plaintiff, the Court will direct the U.S. Marshal to effectuate service upon the named Defendants.

Signed: April 13, 2012

Robert J. Conrad, Jr.
Chief United States District Judge